1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  THEOPHOUS H. REAGANS
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                 IN THE UNITED STATES DISTRICT COURT
10
             FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  WILLIE D. JEFFERSON,              CASE NO. 2:06-CV-00756-DAD

13           Plaintiff,              STIPULATION AND ORDER
                                     EXTENDING PLAINTIFF'S TIME
14     v.                           TO FILE MOTION FOR SUMMARY
                                     JUDGMENT TO   OCTOBER 9,
15  JO ANNE B. BARNHART,             2006
     Commissioner of
16   Social Security,

17           Defendant.

18       IT IS HEREBY STIPULATED by and between the parties,

19  Defendant JO ANNE B. BARNHART, by and through her undersigned

20  counsel, and WILLIE D. JEFFERSON, Plaintiff In Propria Persona,

21  with the approval of the Court as indicated by issuance of the

22  attached Order, that Plaintiff's time to file his motion for

23  summary judgment in the above-referenced case is hereby extended

24  from the present due date of SEPTEMBER 8, 2006, by thirty days,

25  to the new response date of OCTOBER 9, 2006, and that all

26  subsequent due dates under the Court's Scheduling Order shall be

27  extended accordingly.  Plaintiff is representing himself in this

28

Stip.& Order Ext. Pl's Time - 2:06-00756       **1**

1    matter and needs additional time to prepare his brief.

2         This is the FIRST extension requested re the filing of

3    Plaintiff's motion for summary judgment.

4         The parties further stipulate that Plaintiff will return to

5    Defendant a copy of this stipulation bearing Plaintiff's original

6    signature for retention in Defendant's case file, and Defendant

7    will then e-file an electronic version of this stipulation and

8    conventionally serve Plaintiff with a copy of same, pursuant to

9    applicable local rules.

10   DATED:  _September 7, 2006_      /s/ Willie D. Jefferson_____
                                     WILLIE D. JEFFERSON
11                                   Plaintiff In Propria Persona

12   DATED:  _September 13, 2006_    McGREGOR W. SCOTT
                                     United States Attorney
13                                   BOBBIE J. MONTOYA
                                     Assistant U.S. Attorney
14
                                     By: /s/ Bobbie J. Montoya for_____
15                                   THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney
16
                                     Attorneys for Defendant
17   OF COUNSEL:
     LUCILLE GONZALES MEIS
18   CHIEF COUNSEL, REGION IX
     UNITED STATES SOCIAL SECURITY ADMINISTRATION
19

20                            ORDER
21

22        APPROVED AND SO ORDERED.

23   DATED: September 14, 2006.

24

25                            _Dale A. Drozd_____

26                            DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

27   Dad1/orders.soc sec/jefferson0756.eot

28   Stip.& Order Ext. Pl's Time - 2:06-00756    **2**