McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. JEFFERSON,<br><br>     Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>     Defendant. | CASE NO. 2:06-CV-00756-DAD<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT TO  DECEMBER 18, 2006 |

   IT IS HEREBY STIPULATED by and between the parties, Defendant JO ANNE B. BARNHART, by and through her undersigned counsel, and WILLIE D. JEFFERSON, Plaintiff In Propria Persona, with the approval of the Court as indicated by issuance of the attached Order, that Plaintiff's time to file his motion for summary judgment in the above-referenced case is hereby further extended to DECEMBER 18, 2006, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.

   Plaintiff was unable to finalize his brief as previously anticipated.  However, he indicates that the brief is very close to completion and can be completed within the next week.

Stip.& Order Ext. Pl's Time - 2:06-00756           **1**

This is the FOURTH extension requested re the filing of Plaintiff's motion for summary judgment.

The parties further stipulate that Plaintiff will return to Defendant a copy of this stipulation bearing Plaintiff's original signature for retention in Defendant's case file, and Defendant will then e-file an electronic version of this stipulation and conventionally serve Plaintiff with a copy of same, pursuant to applicable local rules.

DATED: *Authorized by faxed signature on December 11, 2006*      /s/ Willie D. Jefferson
WILLIE D. JEFFERSON
Plaintiff In Propria Persona

DATED: *December 11, 2006*      McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: December 11, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Pl's Time - 2:06-00756      **2**