```
 1  Willie D. Jefferson, PRO SE
    P.O. Box 7332
 2  Vallejo, CA 94590
    Tel. (707) 229-1910
 3
 4
 5
 6           IN THE UNITED STATES DISTRICT COURT
 7           FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10                                        2:06-CV-756 DAD
    WILLIE D. JEFFERSON,
11                                        STIPULATION AND
                  Plaintiff,              [PROPOSED] ORDER
12                                        EXTENDING PLAINTIFF'S
           v.                             TIME TO FILE REPLY BRIEF
13                                        TO FEBRUARY 23, 2007
    JO ANNE B. BARNHART,
14  Commissioner of Social Security,
15
                  Defendant
16                                    /
17
18         IT IS HEREBY STIPULATED by and between the parties, Defendant JO ANNE B.
19  BARNHART, by and through her undersigned counsel, and WILLIE D. JEFFERSON, Plaintiff
20  in Propia Persona, with the approval of the Court as indicated by the issuance of the attached
21  Order, that Plaintiff's time to file his Reply Brief in the above-referenced case is hereby extended
22  from the present due date of FEBRUARY 11, 2007, by twelve days to FEBRUARY 23, 2007,
23  and that all subsequent due dates under the Court's Scheduling Order shall be extended
24  accordingly. Plaintiff is representing himself in this matter and needs additional time to prepare
25  his brief.
```

This is the FIRST extension requested re the filing of Plaintiff's Reply Brief..

1 | The parties further stipulate that the plaintiff will return to Defendant a copy of this
2 | stipulation bearing Plaintiff's original signature for retention in Defendant's case file, and
3 | Defendant will then e-file an electronic version of this stipulation and conventionally serve
4 | Plaintiff with a copy of same, pursuant to applicable local rules.

6 | DATED 2/14/07

*Willie Jefferson (signature)*
WILLIE D. JEFFERSON
Plaintiff In Propia Persona

8 | DATED 2/15/07

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: *Theophus H. Reagans (signature)*
THEOPHUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALEZ MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: 2/16/07

*Dale A. Drozd (signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE